# SENTENCING HEARING

Judge Leonie M. Brinkema  
Date: 02/02/18   Reporter: A. Thomson  
Start: 9:38am   End: 10:10am  

# UNITED STATES of AMERICA   CASE NUMBER: 1:17cr215
Vs.

RAYMOND JUIWEN HO
  James Yoon, Kendrack Lewis
Counsel/Govt.: Alexander Berrang   Counsel/Deft.: Timothy Belevetz
Court adopts PSI [ ] without exceptions [ ] with the following exceptions:_____

**SENTENCING GUIDELINES:**   Upon Motion of [ ] Deft [ ] Govt
Offense Level: _36_   Court depart from G/L pursuant to:
Criminal History: _**I**_   [ ] USSG 5K1.1
Imprisonment Range: __188__ to _235_ months   [ ] USSG 5C1.2
Supervised Release Range: __1__ to __3__ years(each count)   [ ] USSG 5K2.12
Restitution: $_2,046,518.48__   [ ] USSG 5H1.4
Fine Range: $_40,000.00_ to $_400,000.00_   [ ] _____
Special Assessment: $__**100.00**___ per Count

**JUDGMENT of the COURT:**
BOP for _84_ months, each count, concurrent, with credit for time served
Supervised Release for _3_ Years, each count, concurrent
Supervised Probation for _____ Years
Restitution: $ _____ payable to _____
Fine: $ _____ [ ] Due Immediately [ ] Monthly payments of $_____ to begin _____ days from imposition of sentence/release
Special Assessment: $_**200.00**_ [ ]Satisfied [X] Due immediately
Fine/Costs Waived [X] Interest Waived [ ]

**SPECIAL CONDITIONS:**
___ Home Confinement for the first _____ days/months of supervision, at the deft=s expense, w/leave as directed by Court.
_x_ Deft. to remain drug & alcohol free, In/Out patient treatment as directed.
  _x_ Deft to pay costs as able   _x_ Deft to waive privacy
_x_ Deft. to participate in mental health evaluation, medication, treatment, counseling as directed.
  _x_ Deft to pay costs as able   _x_ Deft to waive privacy
_x_ Pay Restitution of $ _2,046,518.48_,[X] Due Immediately [ ] Monthly payments of $_100.00_to begin _60_ days from release from custody.
_x_ Access to all financial information/records
_x_ No New Credit/No Purchases over $_1,000.00__ without prior approval.
___ Cooperate fully w/BICE, may not re-enter w/o permission during S/R.
___ Seek and maintain full time employment   ___ Full-time education program
___ Drug Testing Waived
_x_ Other: _windfalls toward restitution; deft to notify employers of conviction & supervision

**RECOMMENDATION TO BOP:**

_x_ Deft. to be designated to a Facility as close to northern Virginia as possible.

___ Residential Drug Abuse Treatment Program (RDAP)

___ Other: _____.

Defendant: [ ] Remanded [X] Self Surrender/Bond cont.

 Family & friends present; victims invited to allocate, none present

 Restitution order filed & entered