IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | Case No. 1:17-cr-215 |
| v. | ) | |
| | ) | |
| RAYMOND JUIWEN HO, | ) | |
| | ) | |
| *Defendant*. | ) | |

## EMERGENCY MOTION FOR COMPASSIONATE RELEASE

Defendant Raymond Juiwen Ho, by and through counsel, hereby moves the Court to order his immediate compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i) and resentence him to time served, home confinement, or such other sentence deemed just by the Court due to the "extraordinary and compelling reasons" confronting the federal prison system by the Covid-19 pandemic. An accompanying memorandum in support of this motion explains the grounds for the relief sought.

Respectfully submitted,

By: _____/s/_____
Timothy D. Belevetz (VSB #36110)
Ice Miller, LLP
20 F Street, N.W., Suite 850
Washington, DC 20001
Tel: (202) 572-1605
timothy.belevetz@icemiller.com

*Counsel for Defendant Raymond Juiwen Ho*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of June 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to:

Alexander P. Berrang
Assistant United States Attorney
U.S. Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
703-299-3769
alexander.p.berrang@usdoj.gov

*Counsel for the United States*

　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　Timothy D. Belevetz
　　　　　　　　　　　　　　　　　　　　Ice Miller LLP
　　　　　　　　　　　　　　　　　　　　20 F Street, Suite 850
　　　　　　　　　　　　　　　　　　　　Washington, DC 20001
　　　　　　　　　　　　　　　　　　　　Tel: (202) 572-1605
　　　　　　　　　　　　　　　　　　　　timothy.belevetz@icemiller.com